**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|   HOA A. LAM | ) | Case No. 11-13911-BFK |
| | ) | Chapter 7 |
|                     Debtor | ) | |
| | ) | |
| H. JASON GOLD, TRUSTEE | ) | |
| | ) | |
|                     Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 13-01314 |
| | ) | |
| APPLIED INNOVATION GROUP, INC. | ) | |
| | ) | |
|                     Defendant | ) | |

**ORDER**

The Court entered a Report and Recommendation to the United States District Court in this adversary proceeding on March 6, 2014. Docket No. 9. The Court entered a Supplement to the Report and Recommendation on March 24, 2014. Docket No. 11.

For the reasons stated in the Report and Recommendation entered on March 6, 2014, and the Supplement entered on March 24, 2014, the Court recommends that the Plaintiff's Motion for Default Judgment be GRANTED, and that a money judgment in the amount of $78,745; plus accrued interest through January 10, 2014 of $4,163.78; interest at the rate of $21.57 per diem from January 10, 2014 through the entry of the judgment; plus reasonable attorney's fees of $5,135 and costs of $340.37 incurred, through the entry of the Judgment, be ENTERED for the Plaintiff against the Defendant. Interest on the principal amount of the Judgment will accrue post-Judgment at the federal judgment rate provided in 28 U.S.C. § 1961.

| | |
|---|---|
| Date:<br>    Mar 24 2014 | /s/ Brian F. Kenney<br>Brian F. Kenney<br>United States Bankruptcy Judge |

eod 3/25/2014 sas

Copies to:

Alexander McDonald Laughlin, Esquire
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102
Counsel to the Plaintiff

Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

Applied Innovation Group, Inc.
1867 Little Orchard Street
San Jose, CA 95125
Defendant, *pro se*

Tung V. Pham, Registered Agent
for Applied Innovation Group
1867 Little Orchard Street
San Jose, CA 95125