IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2014 MAY -5  A 11: 09

CLERK
US BANKRUPTCY
ALEXANDRIA DIVISION

In re:

HOA H. LAM, )
)
Debtor, )
v. )  No. 1:14-cv-378 (AJT/IDD)
)
H. JASON GOLD, TRUSTEE, )
)
Plaintiff, )
)
v. )  AP# 13-01314-BFK
)
APPLIED INNOVATION GROUP, INC., )
)
Defendant. )

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 2] of the Bankruptcy Judge recommending that default judgment be entered against Defendant Applied Innovation Group, Inc. in favor of Plaintiff H. Jason Gold, Trustee. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Bankruptcy Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 2] be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment be, and the same hereby is, ENTERED against Defendant Applied Innovation Group, Inc. in favor of Plaintiff H. Jason Gold, Trustee, in the amount of $78,745, plus accrued interest through January 10, 2014 in the amount of $4,163.78, plus interest

at the rate of $21.57 per diem from January 10, 2014 through the entry of judgment, plus attorney's fees in the amount $5,135 plus costs in the amount of $340.37, with interest on the principal amount of the judgment to accrue post-Judgment at the federal judgment rate provided in 28 U.S.C. § 1961.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 2, 2014